| | |
|---|---|
| 1 | Edward D. Manzo (*pro hac vice application pending*) |
| 2 | edward.manzo@huschblackwell.com<br>Donald Mizerk (State Bar No. 208477) |
| 3 | don.mizerk@huschblackwell.com<br>HUSCH BLACKWELL LLP |
| 4 | 120 South Riverside Plaza, Suite 2200<br>Chicago, IL 60606-3912 |
| 5 | Tel: 312.526.1535 / Fax: 312.655.1501<br>Ben M. Davidson (State Bar No. 181464) |
| 6 | DAVIDSON LAW GROUP, ALC<br>11377 West Olympic Boulevard |
| 7 | Los Angeles, CA 90064<br>Tel: 310.473.2300 / Fax: 310.473.2941 |
| 8 | bdavidson@davidson-lawfirm.com |
|   | Attorneys for Plaintiff STORMTRAP, LLC |

THOMPSON COBURN LLP
BRIAN G ARNOLD, CSB 186007)
barnold@thompsoncoburn.com
DAVID B. JINKINS (MO 42954) (*pro hac vice* pending)
djinkins@thompsoncoburn.com
MATTHEW A. BRAUNEL (MO 50711) (*pro hac vice* pending)
mbraunel@thompsoncoburn.com
ALAN H. NORMAN (MO 38555) (*pro hac vice* pending)
anorman@thompsoncoburn.com
STEVEN E. GARLOCK (MO 38346) (*pro hac vice* pending)
sgarlock@thompsoncoburn.com
ROBERT D. GERLACH (MO 67110) (*pro hac vice* pending)
rgerlach@thompsoncoburn.com
2029 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

Attorneys for Defendant PRE-CON PRODUCTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STORMTRAP LLC., a Limited Liability Company organized according to the laws of Illinois,<br><br>Plaintiff,<br><br>vs.<br><br>PRE-CON PRODUCTS, a California Corporation,<br><br>Defendant. | CASE NO. 2:17-cv-7018-GW-AGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: Sept. 27, 2017<br>Current Response Date: Oct. 18, 2017<br>New Response Date: Nov. 17, 2017 |

6640020.3

STIP. TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Pursuant to Local Rule 8-3, the undersigned, counsel of record for Plaintiff StormTrap, LLC and Defendant Pre-Con Products, hereby request a 30-day extension of time to answer or otherwise respond to Plaintiff's Complaint, which was served on September 27, 2017. The current deadline for the response is October 18, 2017, and the extension will move the deadline to November 17, 2017.

DATED: October 16, 2017     **THOMPSON COBURN LLP**

By: _____*/s/ Brian G. Arnold*_____
BRIAN G ARNOLD
DAVID B. JINKINS
MATTHEW A. BRAUNEL
ALAN H. NORMAN
STEVEN E. GARLOCK
ROBERT D. GERLACH
Attorneys for Defendant
PRE-CON PRODUCTS

DATED: October 16, 2017     **HUSCH BLACKWELL LLP**

By: _____*/s/ Donald Mizerk*_____
DONALD MIZERK
EDWARD D. MANZO
Attorneys for Plaintiff STORMTRAP, LLC