JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORMTRAP LLC., <br> Plaintiff and Counter-Defendant, <br> v. <br> PRE-CON PRODUCTS, <br> Defendant and Counter-Claimant. | Case No. CV 17-7018-GW(AGRx) <br><br> **ORDER TO DISMISS WITHOUT PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that all claims and counterclaims in this action are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

    IT IS SO ORDERED.

Dated: March 15, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE